AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

UNITED STATES OF AMERICA )
)
)
)
)
_Plaintiff(s)_ )
(1) JAMES TARPEY; v. ) Civil Action No. CV-15-72-BU-SEH
(2) PROJECT PHILANTHROPY, INC.; )
(3) TIMESHARE CLOSINGS, INC.; )
(4) RON BROYLES; (5) CURT THOR; and )
(6) SUZANNE CROWSON )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ James Tarpey
281 Saddle Peak Circle
Bozeman, MT 59715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Harris J. Phillips | Richard G. Rose |
| U.S. Department of Justice, Tax Division | U.S. Department of Justice, Tax Division |
| P.O. Box 7238 | P.O. Box 7238 |
| Washington, D.C. 20044 | Washington, D.C. 20044 |
| (202) 616-1906 | (202) 616-2032 |
| Harris.J.Phillips@usdoj.gov | Richard.G.Rose@usdoj.gov |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 23, 2015

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the

District of Montana

UNITED STATES OF AMERICA )
)
)
)
*Plaintiff(s)* )
(1) JAMES TARPEY;  v. )
(2) PROJECT PHILANTHROPY, INC.; ) Civil Action No. CV-15-72-BU-SEH
(3) TIMESHARE CLOSINGS, INC.; )
(4) RON BROYLES; (5) CURT THOR; and )
(6) SUZANNE CROWSON )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Project Philanthopry, Inc.
c/o Virginia Babcock (Registered Agent)
3701 Trakker Trail, Unit 2J
Bozeman, MT 59718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris J. Phillips
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-1906
Harris.J.Phillips@usdoj.gov

Richard G. Rose
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-2032
Richard.G.Rose@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Montana

UNITED STATES OF AMERICA )
)
)
)
*Plaintiff(s)* )
(1) JAMES TARPEY; v. )
(2) PROJECT PHILANTHROPY, INC.; ) Civil Action No. CV-15-72-BU-SEH
(3) TIMESHARE CLOSINGS, INC.; )
(4) RON BROYLES; (5) CURT THOR; and )
(6) SUZANNE CROWSON )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tiimeshare Closings, Inc.
c/o Brent Maggio (Registered Agent)
3701 Trakker Trl, Ste. 2J3701
Bozeman, MT 59718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris J. Phillips
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-1906
Harris.J.Phillips@usdoj.gov

Richard G. Rose
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-2032
Richard.G.Rose@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Montana

UNITED STATES OF AMERICA

*Plaintiff(s)*

(1) JAMES TARPEY;   v.
(2) PROJECT PHILANTHROPY, INC.;
(3) TIMESHARE CLOSINGS, INC.;
(4) RON BROYLES; (5) CURT THOR; and
(6) SUZANNE CROWSON

*Defendant(s)*

Civil Action No. CV-15-72-BU-SEH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Curt Thor
2271 E. Smith Road
Bellingham, WA 98226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris J. Phillips
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-1906
Harris.J.Phillips@usdoj.gov

Richard G. Rose
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-2032
Richard.G.Rose@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 23, 2015

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> (1) JAMES TARPEY; v. <br> (2) PROJECT PHILANTHROPY, INC.; <br> (3) TIMESHARE CLOSINGS, INC.; <br> (4) RON BROYLES; (5) CURT THOR; and <br> (6) SUZANNE CROWSON <br> *Defendant(s)* | Civil Action No. CV-15-72-BU-SEH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ron Broyles
71 Yosemite Road
San Rafael, CA 94903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris J. Phillips
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-1906
Harris.J.Phillips@usdoj.gov

Richard G. Rose
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
(202) 616-2032
Richard.G.Rose@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *November 23, 2015*

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| *Plaintiff(s)* | ) |
| (1) JAMES TARPEY; v.<br>(2) PROJECT PHILANTHROPY, INC.;<br>(3) TIMESHARE CLOSINGS, INC.;<br>(4) RON BROYLES; (5) CURT THOR; and<br>(6) SUZANNE CROWSON | ) Civil Action No. CV-15-72-BU-SEH<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Suzanne Crowson
2621 Typha Ct., Unit 12
Bozeman, MT 59718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Harris J. Phillips | Richard G. Rose |
|---|---|
| U.S. Department of Justice, Tax Division | U.S. Department of Justice, Tax Division |
| P.O. Box 7238 | P.O. Box 7238 |
| Washington, D.C. 20044 | Washington, D.C. 20044 |
| (202) 616-1906 | (202) 616-2032 |
| Harris.J.Phillips@usdoj.gov | Richard.G.Rose@usdoj.gov |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 23, 2015

*Signature of Clerk or Deputy Clerk*