UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>(1) JAMES TARPEY;<br>(2) PROJECT PHILANTHROPY, INC.<br>d/b/a DONATE FOR A CAUSE;<br>(3) TIMESHARE CLOSINGS, INC.<br>d/b/a RESORT CLOSINGS, INC.;<br>(4) RON BROYLES;<br>(5) CURT THOR; and<br>(6) SUZANNE CROWSON<br>f/k/a SUZANNE TARPEY;<br><br>        Defendants. | Case No. 2:15-cv-00072-SEH<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR PERMANENT INJUNCTION** |

James Tarpey ("James Tarpey"); Project Philanthropy, Inc. d/b/a Donate for a Cause ("DFC"); Timeshare Closings, Inc. d/b/a Resort Closings, Inc. ("RC") ; and Suzanne Tarpey f/k/a Suzanne Tarpey-Crowson ("Suzanne Tarpey")

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

1

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F) 206-223-1099

(collectively as "Defendants"), by and through their attorneys Robert M. McCallum and Diane E. Tebelius, LeSourd & Patten, P.S., and Joel E. Silverman, Silverman Law Office, PLLC, hereby respond to the numbered allegations of the Plaintiff's Complaint for Permanent Injunction And Other Relief as follows:

## Nature of the Action

1. Deny.

2. Deny.

3. Defendants presently lack information or knowledge sufficient to form a belief as to the truth of the allegation that the IRS estimates that since 2010, defendants have caused customers to donate 5,523 timeshares to this scheme and that the IRS has reviewed 2,994 of these customers' files. Defendants deny that defendants have caused more than $19.4 million in improper tax deductions for the timeshares alone.

4. Admits that the United States brings this case pursuant to 26 U.S.C. §§ 7402 and 7408.

5. Defendants do not have information or knowledge sufficient to form a belief as to the statements that the action for injunctive relief is brought at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

2

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

Secretary of the Treasury, and commenced at the direction of a delegate of the Attorney General of the United States.

## Jurisdiction and Venue

6. Admit.

7. Admit.

## Defendants

8. Admits that James Tarpey resides in Bozeman, Montana. Tarpey graduated from DePaul University in Chicago and obtained his law degree from the University of Denver in 1998 and that James Tarpey is subject to this Court's jurisdiction pursuant to Mont. R. Civ. P. 4(b)(1) because he resides in this judicial district. Deny that James Tarpey is the architect of this timeshare donation scheme, has promoted it to others, and has reaped substantial financial gain from selling and operating it.

9. Admit all allegations in paragraph except deny that DFC functions and communicates through Tarpey and other individuals.

10. Deny all of the allegations as Timeshare Closings, Inc. dba Resort Closings, Inc., was sold in December 2013 whereby a new Montana corporation was organized under the business name of Resort Closings, Inc. The new corporation is not owned by any of the Defendants.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

3

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F) 206-223-1099

11. Admit that Ron Broyles is a real estate appraiser who resides in San Rafael, California; denies that Broyles is an appraiser for DFC as Broyles was never hired by DFC; and presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph

12. Deny that Ron Broyles was hired by DFC and presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

13. Admit that Curt Thor is a real estate appraiser residing in Bellingham, Washington but presently lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations.

14. Deny that Curt Thor worked for DFC and presently lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations.

15. Deny that Suzanne Tarpey prepared any appraisals for DFC but admit the remaining allegations in paragraph 15.

**Overview of the Timeshare Donation Scheme**

16. Deny.

17. Admit that this is a statement about timeshares although do not admit that this is the entire or complete legal description of time share ownership.

18. Admit.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

4

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Admits that DFC issues two donation acknowledgement letters upon receipt of a timeshare but denies the remaining allegations.

28. Deny.

29. Deny the statement that "once the timeshare is accepted into the scheme" but admit the remaining allegations.

30. Deny.

31. Deny.

32. Deny.

## **Defendants' Role in the Scheme**

33. Deny.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

5

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

34. Admit that an entity titled Donate for a Cause, Inc. was organized in 2004; denies the implication that said entity is the same entity that operated from 2010 to the present.

35. Admit that tax-exempt status was applied for DFC but unclear as to date; denies the implication that said entity is the same entity that operated from 2010 to the present.

36. As Defendants cannot recall the exact reasons behind the denial, they presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

37. Deny.

38. Deny.

39. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

40. Deny.

41. Deny.

42. Admit that Tarpey has appraised some time shares but because the exact figures cannot be affirmed, presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

6

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

43. Deny.

44. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

45. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

46. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

47. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

48. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

49. Admit.

## Defendants' Timeshare Donation Scheme
## Flagrantly Abuses the Internal Revenue Laws

50. Defendants neither admit nor deny because the allegation in paragraph 50 is a legal statement from the Plaintiffs to its understanding of Section 170 of the Internal Revenue Code. To the extent that it is not a legal statement, presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

7

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

51. Deny.

52. Deny.

53. Deny.

54. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

55. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

56. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

## **Defendants Are Excluded by Law from Preparing Appraisals for Property Donated to Donate for a Cause**

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

8

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F) 206-223-1099

## Defendants Use Phony Methods to Value Donated Property

65. In that paragraph 65 is a legal statement, presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

66. Deny.

67. Deny.

68. Deny.

69. Deny.

70. Deny.

71. Deny.

72. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

73. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

74. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

75. Deny.

## Defendants' Appraisals Contain Errors and Omit Mandatory Information

76. Deny.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

9

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

77. Deny.

78. Deny.

79. Deny.

80. Deny.

81. Deny.

### Additional Abusive Characteristics of Defendants' Timeshare Donation Scheme

82. Deny.

83. Deny.

84. Deny.

85. Deny.

86. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

### Defendants Know or Have Reason to Know That the Timeshare Donation Scheme Was Bogus

87. Deny.

88. Deny.

89. Deny.

### Examples of Defendants' Timeshare Donation Scheme

90. Deny.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

10

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

91. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

92. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

93. Deny.

94. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

95. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

96. Deny.

97. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

98. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

99. Deny.

**Defendants Marketed and Promoted the Timeshare Donation Scheme**

100. Deny.

101. Admit that the websites were used by Defendants but deny that the use of the website was to promote a timeshare donation scheme.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

11

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F) 206-223-1099

102. Deny.

103. Deny.

104. Deny.

105. Admit that James Tarpey appeared on the news features broadcast on the listed stations but deny any and all other allegations as stated in paragraph 105.

106. Admit.

107. Deny.

108. Deny.

109. Deny.

## **Harm to the Government and the Public**

110. Deny.

111. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

112. Deny.

113. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

114. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

12

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

115. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

116. Presently lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

117. Deny.

118. Deny.

119. Deny.

120. Deny.

121. Deny.

122. Deny.

123. Deny.

124. Deny.

125. Deny.

## COUNT I

**Injunction Against All Defendants
Under 26 U.S.C. § 7408 Engaging in Conduct
Subject to Penalty Under 26 U.S.C. § 6700**

126. Deny as paragraph 126 is a legal statement.

127. Deny as paragraph 127 is a legal statement.

128. Deny as paragraph 128 is a legal statement.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

13

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

129. Deny.

130. Deny.

131. Deny.

132. Deny.

133. Deny.

134. Deny.

135. Deny.

## COUNT II

**Injunction Against All Defendants
Under 26 U.S.C. § 7408 Engaging in Conduct
Subject to Penalty Under 26 U.S.C. § 6701**

136. Deny as paragraph 136 is a legal statement.

137. Deny as paragraph 137 is a legal statement.

138. Deny.

139. Deny.

140. Deny.

## COUNT III

**Injunction Against All Defendants
Under 26 U.S.C. § 7402 Engaging in Conduct
Subject to Penalty Under 26 U.S.C. § 6695A**

141. Deny as paragraph 141 is a legal statement.

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

14

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

142. Deny as paragraph 142 is a legal statement.

143. Deny.

144. Deny.

145. Deny.

146. Deny as paragraph 146 is a legal statement.

147. Deny.

## COUNT IV

**Injunction Against All Defendants Under 26 U.S.C. § 7402 For Unlawful Interference with the Administration and <u>Enforcement of Internal Revenue Laws</u>**

148. Deny as paragraph 148 is a legal statement.

149. Deny.

150. Deny.

151. Deny.

152. Deny.

153. Deny.

154. Deny.

///

///

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

15

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

**Affirmative Defense**

First Defense

The complaint fails to state a claim upon which relief can be granted and fails to state a cause of action against the Defendants.

Second Defense

The statute of limitations under 26 U.S.C. §§ 6700 and 7408 has expired.

Third Defense

The statute of limitations under 26 U.S.C. §§ 6701 and 7408 has expired.

Fourth Defense

The statute of limitations under 26 U.S.C. §§ 6695a and 7402(a) has expired.

Fifth Defense

The statute of limitations under 26 U.S.C. §§ 7402(a) has expired.

Sixth Defense

Defendants assert good faith in all of the transactions at issue in the Complaint.

WHEREFORE, Defendants respectfully request that this Court dismiss the Plaintiff's complaint with prejudice and award such other relief as is deemed proper.

///

DEFENDANTS' ANSWER TO COMPLAINT FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

16

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F): 206-223-1099

DATED this 22nd day of January, 2016.

        __/s/ Robert M. McCallum_____
        Robert M. McCallum
        Washington Bar #16373
        *Attorney for Defendants*
        LeSourd & Patten, P.S.
        600 University Street, Suite 2401
        Seattle, WA 98101
        Telephone: (206) 624-1040
        Fax: (206) 223-1099
        rmccallum@lesourd.com

        __/s/ Diane E. Tebelius_____
        Diane E. Tebelius
        Washington Bar #19727
        *Attorney for Defendants*
        LeSourd & Patten, P.S.
        600 University Street, Suite 2401
        Seattle, WA 98101
        Telephone: (206) 624-1040
        Fax: (206) 223-1099
        dtebelius@lesourd.com

        __/s/ Joel E. Silverman_____
        JOEL E. SILVERMAN
        Montana Bar #7085
        *Attorney for Defendants*
        Silverman Law Office, PLLC
        PO Box 4423
        Helena, MT 59604
        Telephone: (406) 449-4829
        Fax: (406) 968-4608
        joel@mttaxlaw.com

DEFENDANTS' ANSWER TO COMPLAINT FOR PERMANENT INJUNCTION     17    **LeSourd & Patten, P.S.**
Case No. 2:15-cv-00072-SEH     600 University Street, Suite 2401
22485\000\61386     Seattle, WA 98101
    (T): 206-624-1040 | (F) 206-223-1099

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, I filed the Defendants' Answer to Complaint for Permanent Injunction with the Clerk of Court using the ECF system which will send notice to all registered parties or their representatives, including:

HARRIS J. PHILLIPS
RICHARD G. ROSE
Trial Attorneys, Tax Division
U.S. Department of Justice
PO Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1906 (Phillips)
Telephone: (202) 616-2032 (Rose)

*Attorneys for the United States*

WILLIAM V. BALLEW III
Spoon Gordon Ballew PC
PO Box 8869
Missoula, MT 59807
Telephone: (406) 541-2200

*Attorney for Defendant Curt Thor*

PETER F. HABIEN
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103
Telephone: (406) 252-3441

*Attorney for Defendant Ron Broyles*

   /s/   Nathan D. Hawthorne
NATHAN D. HAWTHORNE
Legal Assistant

DEFENDANTS' ANSWER TO COMPLAINT
FOR PERMANENT INJUNCTION
Case No. 2:15-cv-00072-SEH
22485\000\61386

18

**LeSourd & Patten, P.S.**
600 University Street, Suite 2401
Seattle, WA 98101
(T): 206-624-1040 | (F) 206-223-1099