# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>(1) JAMES TARPEY; (2) PROJECT PHILANTHROPY, INC. d/b/a DONATE FOR A CAUSE; (3) TIMESHARE CLOSINGS, INC. d/b/a RESORT CLOSINGS, INC.; (4) RON BROYLES; (5) CURT THOR; and (6) SUZANNE CROWSON f/k/a SUZANNE TARPEY,<br><br>Defendants. | Case No. CV-15-072-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Judgment is entered for the Plaintiff United States of America and against Defendant Project Philanthropy, Inc. d/b/a Donate for a Cause.

    Dated this 28th day of September, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk