# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> (1) JAMES TARPEY; (2) PROJECT PHILANTHROPY, INC. d/b/a DONATE FOR A CAUSE; (3) TIMESHARE CLOSINGS, INC. d/b/a RESORT CLOSINGS, INC.; (4) RON BROYLES; (5) CURT THOR; and (6) SUZANNE CROWSON f/k/a SUZANNE TARPEY, <br><br> Defendants. | Case No. CV-15-072-BU-SEH <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Judgment is entered for the Plaintiff United States of America and against Defendant James Tarpey.

Dated this 28th day of September, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk