UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(1) JAMES TARPEY;<br>(2) PROJECT PHILANTHROPY, INC.<br>   d/b/a DONATE FOR A CAUSE;<br>(3) TIMESHARE CLOSINGS, INC.,<br>   d/b/a RESORT CLOSINGS, INC.,<br>(4) RON BROYLES;<br>(5) CURT THOR; and<br>(6) SUZANNE CROWSON f/k/a<br>   SUZANNE TARPEY;<br><br>Defendants. | Case No. CV-15-072-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Judgment is entered for the Plaintiff United States and against Defendant Suzanne Tarpey.

Dated this 27th day of October, 2016.

TYLER P. GILMAN, CLERK
By: /s/ Erica Larson
Erica Larson, Deputy Clerk