# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(1) JAMES TARPEY;<br>(2) PROJECT PHILANTHROPY, INC. d/b/a DONATE FOR A CAUSE;<br>(3) TIMESHARE CLOSINGS, INC. d/b/a RESORT CLOSINGS, INC.;<br>(4) RON BROYLES;<br>(5) CURT THOR; and<br>(6) SUZANNE CROWSON f/k/a SUZANNE TARPEY;<br><br>Defendants. | No. CV 15-72-BU-SEH<br><br>**ORDER** |

Pending before the Court is the Motion for Defendant Ron Broyes [sic] to Attend Hearing Telephonically submitted by Jared Le Fevre, Esq. of Crowley Fleck PLLP, counsel for Ron Broyles, who has filed a motion to withdraw as counsel.

-1-

ORDERED:

1. For purposes of the hearing on Crowley Fleck PLLP's Motion to Withdraw as Counsel, set for 1:30 p.m. on November 1, 2016, **only**, the Motion for Defendant Ron Broyes [sic] to Attend Hearing Telephonically[1] is GRANTED.

2. Broyles shall have the responsibility to take all steps and make all arrangements necessary to ensure that he will be available to participate by telephone at the hearing.

3. Assistance in arranging for Broyles' participation by telephone at the hearing can be obtained by calling the Court System staff at (406) 497-1253.

4. Counsel for Broyles is directed to serve him with notice of this Order.

DATED this 27th day of October, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[1] Doc. 102.