IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
NOV 0 2 2016
Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(1) JAMES TARPEY;<br>(2) PROJECT PHILANTHROPY, INC. d/b/a DONATE FOR A CAUSE;<br>(3) TIMESHARE CLOSINGS, INC. d/b/a RESORT CLOSINGS, INC.;<br>(4) RON BROYLES;<br>(5) CURT THOR; and<br>(6) SUZANNE CROWSON f/k/a SUZANNE TARPEY;<br><br>Defendants. | No. CV 15-72-BU-SEH<br><br>ORDER |

On November 1, 2016, the Court held a hearing on Crowley Fleck PLLP's

Motion to Withdraw as Counsel.[1] Jared M. Le Fevre, Esq. and Shalise C. Zobell,

---

[1] Doc. 95.

Esq. were present on behalf of Defendant Ron Broyles ("Broyles"). Broyles appeared telephonically and opposed the motion. The United States did not oppose the motion.

ORDERED:

1. Crowley Fleck PLLP shall remain as counsel for Broyles pending Broyles securing the appearance for him of another attorney or by Broyles' appearance *pro se*, on or before November 18, 2016.

2. Crowley Fleck PLLP will be relieved of further responsibility as counsel for Broyles upon the filing of a notice of appearance of another attorney for Broyles or by Broyles' appearance *pro se* as required by L.R. 83.8 on or before November 18, 2016.

3. Counsel for Broyles is directed to serve him with notice of this Order.

DATED this 2nd day of November, 2016.

SAM E. HADDON
United States District Court