# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(1) JAMES TARPEY;<br>(2) PROJECT PHILANTHROPY, INC. d/b/a DONATE FOR A CAUSE;<br>(3) TIMESHARE CLOSINGS, INC. d/b/a RESORT CLOSINGS, INC;<br>(4) RON BROYLES;<br>(5) CURT THOR; and<br>(6) SUZANNE CROWSON f/k/a SUZANNE TARPEY;<br><br>Defendants. | Case No. CV-15-072-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States and against Ron Broyles.

Dated this 29th day of March, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk